DISMISSED; Opinion issued October 2, 2012.



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-11-00535-CV

**CITY OF DALLAS, Appellant**

**V.**

**DORBET, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-12373**

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Richter

The Court has before it the September 17, 2012 agreed motion for voluntary dismissal with prejudice. In the motion, appellant and appellee state they have fully compromised and settled all issues in dispute and ask that the appeal be dismissed. We GRANT the motion and DISMISS the appeal. *See* Tex. R. App. P. 42.1(a).

MARTIN RICHTER
JUSTICE

110535F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-11-00535-CV        V.

DORBET, INC., Appellee

Appeal from the 160th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
08-12373).
Opinion delivered by Justice Richter,
Justices Bridges and Lang participating.


Based on the Court's opinion of this date, the appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of appeal.


Judgment entered October 2, 2012.


MARTIN RICHTER
JUSTICE